UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MBD NO. 09-10276

IN RE: ROLAND D. HUGHES

ORDER

January 7, 2010

STEARNS, D.J.

This matter came before the Board of Bar Overseers of the Supreme Judicial Court for the Commonwealth of Massachusetts (Board) on Bar Counsel's Petition for Discipline of respondent Roland D. Hughes. The parties filed a stipulation waiving a hearing and requesting that the matter be resolved by the imposition of a public reprimand. The Board voted to adopt the stipulation. On August 14, 2009, the Board ordered and adjudged Roland Hughes publicly reprimanded pursuant to Supreme Judicial Court Rule 4:01, Section 8(3), and Rules of the Board of Bar Overseers, Section 3.56.

On September 28, 2009, the Board filed a copy of its Order of Public Reprimand with this court. Pursuant to District of Massachusetts Local Rule 83.6(2)(B), this court gave notice to Hughes of the filing and ordered him to show cause, within thirty days, why this court should not adopt the discipline imposed by the Board, and whether Hughes sought a hearing. Hughes filed a Memorandum in Response to the Order to Show Cause acknowledging that the Board, after an investigation, had correctly found that he had failed to obtain a power of attorney from a client prior to endorsing the client's name on a settlement check (facts to which Hughes had stipulated). Hughes had also agreed not to oppose the Board's imposition of a public reprimand. As the recommendation of Bar

Counsel was adopted by the Board and published in Massachusetts Lawyer's Weekly, Hughes asks that no further action be taken by this court.

Given the resolution of the matter reached by Bar Counsel and the Board, and in light of Hughes' frank and prompt acknowledgment of the public reprimand, the court sees no reason to impose any additional sanction. The Clerk will record the Board's public reprimand on the docket and terminate the matter.

SO ORDERED.

/s/ Richard G. Stearns
_____
UNITED STATES DISTRICT JUDGE